UNITED STATES of America, Plaintiff–Appellee

v.

Jaime RODRIGUEZ–MORENO, Defendant–Appellant.

No. 13–50160
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Assistant Federal Public Defender, Federal Public Defender's Office, El Paso, TX, Jose I. Gonzalez–Falla, Assistant Federal Public Defender, Federal Public Defender's Office, Austin, TX, for Defendant–Appellant.

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jaime Rodriguez–Moreno raises an argument that he concedes is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir.2012), *cert. denied,* —— U.S. ——, 133 S.Ct. 2044, 185 L.Ed.2d 902 (2013), which held that the sentence enhancement provided for in

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.S.G. § 2L1.2(b)(1)(A)(i) applies to a conviction for the federal crime of conspiracy to commit a federal drug-trafficking offense. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.